UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NUMBER 3:03 CR 230 (AHN) |
| vs. | : |
| ARNOLD BELL | : NOVEMBER 23, 2004 |

## MEMORANDUM IN SUPPORT OF PAYMENT

The undersigned CJA appointed counsel for the defendant, Arnold Bell, hereby files this memorandum in support of final payment. On or about April 20, 2004, counsel filed a motion for interim payment along with a memorandum in support of payment to justify the legal bill which exceeded the statutory allowable amount of $5,200.00. The interim bill reflected the work that was performed on the file from September 4, 2003 through February 26, 2004. Payment was received on or about September 7, 2004. The final bill that was submitted on November 18, 2004 is reflective of the legal work that was performed on the file from February 27, 2004 through June 24, 2004.

Following trial, post-trial motions and memoranda were filed, including a motion for judgment of acquittal and a motion for new trial. The government vehemently opposed the motion. The latter motion also required an evidentiary hearing to establish that the new evidence was not discoverable prior to the conclusion of trial. In addition, the presentence interview required an additional trip to Bridgeport Correctional Center because the Department of Corrections moved the defendant

without notifying the probation officer who had confirmed his presence at BCC prior to the interview.

Defense counsel has exceeded the statutory maximum payment governing CJA representation. In light of the foregoing, counsel is respectfully requesting payment to cover the costs incurred with his representation.

                                          Respectfully submitted,

By: _____
William H. Paetzold
Moriarty & Paetzold, LLC
140 Hebron Avenue, Suite 102
Glastonbury, CT 06033
Tel No: (860)657-1010
Federal Bar NO. ct10074