**MORIARTY & PAETZOLD, LLC**
Attorneys at Law
2230 Main Street
Glastonbury, CT 06033

FILED

2007 JAN 25 P 2: 36

Thomas P. Moriarty
William H. Paetzold

Tel: (860) 657-1010
Fax: (860) 657-1011
e-mail: whpaetzold@m-plaw.net

January 19, 2007

The Honorable Judge H. Alan Nevas
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: USA v Arnold Bell
3:03cr230 (AHN)

Dear Judge Nevas,

I represented defendant Arnold Bell as court appointed counsel (CJA) in his federal case where he was charged with Possession of a Firearm By a Convicted Felon. The case concerned the shooting of New Haven Police Officer Fumiatti during a drug interdiction. The gun that was allegedly used by my client left a bullet in the neck of Officer Fumiatti, however, it was never recovered from Officer Fumiatti's neck due to its location near his spinal cord. Consequently, the bullet could not be tested against the gun that was recovered from the street near the shooting incident. At trial, Mr. Bell denied his involvement in the shooting, but the jury convicted him and he was sentenced to 45 years imprisonment.

Last week, Officer Fumiatti passed away and the body was sent to the Medical Examiner's Officer for an autopsy to determine whether the death was related to the shooting. The Medical Examiner concluded that Officer Fumiatti died from natural causes. During the autopsy, the bullet was removed from Officer Fumiatti so it is now available for further testing and comparison to the weapon that was linked to the defendant.

Based upon the foregoing, I am requesting that a new CJA voucher be issued so I can submit a bill for my legal representation concerning this matter.

Sincerely,

WILLIAM H. PAETZOLD

Cc: Anthony Kaplan, Esq.
*Asst. U.S. Attny*

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 1/11/2007 | 494 |

**BILL TO**

Arnold Bell
Federal

**TERMS**

| ITEM | DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Travel | *Travel (Roundtrip): Glastonbury to Cheshire CI | 01/10/07 | 1.5 | 92.00 | 138.00 |
| Jail Conf. | *Conference at Jail re: Issue w/ testing of bullet from decedent victim's spine | 01/10/07 | 3 | 92.00 | 276.00 |
| Tel. Conf. | *Telephone conference w/ Asst.State's Attny re: retrieval of bullet from victim; tel conf w/ AUSA re: same; tel conf w/ ME Office re: seizure of bullet; tel conf w/ lab re: testing of bullet | 01/11/07 | 0.4 | 92.00 | 36.80 |

**Total** $450.80